Form a0ogrfnd
(Rev. 10/13)

**FILED**

**United States Bankruptcy Court**
**Southern District of Ohio**
**120 West Third Street**
**Dayton, OH 45402−1819**

2016 MAR 28  PM 11: 48

KENNETH JORDAN
CLERK OF COURT
U.S. BANKRUPTCY COURT
DAYTON, OHIO

In Re:  Donald D Saul

Debtor(s)

SSN/TAX ID:
xxx−xx−8784

Case No.: 3:00−bk−34851

Chapter: 13

Judge:  Guy R Humphrey

**Order Granting Motion for Payment of Unclaimed Funds**

This matter is before the Court on a Motion for Payment of Unclaimed Funds (Doc. #34) filed by Dilks & Knopik, LLC on behalf of Donald D. Saul on March 4, 2016. It appears to the Court that the Motion is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $499.18 to the order of Donald D. Saul at the following address:

c/o Dilks & Knopik, LLC
35308 SE Center St.
Snoqualmie, WA 98065

**IT IS SO ORDERED.**

Guy R Humphrey
United States Bankruptcy Judge

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215